```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

**UNITED STATES OF AMERICA**      :
                                  :      **CRIMINAL ACTION**
           V.                     :      **NO. 16-417**

**DEVIN MARINO**                  :


                              ORDER


    **AND NOW**, on this **29th** day of **August**, **2017**, upon consideration of the defendant's unopposed "Consent Motion to Continue Trial" (ECF# 78), in conjunction with the Court's August 28th Order granting the Government's Motion for an Examination of the Defendant (ECF# 77), it is **ORDERED** that the trial scheduled for September 11, 2017 is continued. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A),(B). It is **ORDERED** that excludable time in the above-captioned case be computed and entered in the record.

    IT IS SO ORDERED.


                                            **/s/ Gerald J. Pappert**
                                            **GERALD J. PAPPERT      J.**